UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carlos Manuel Lerma**, <br><br> Plaintiff, <br><br> v. <br><br> **Jon Lee Arends**, an individual, **URS Federal Support Services, Inc.**, a business entity, and **DOES 1 through 20**, inclusive, <br><br> Defendants. | Case No. 1:11-cv-00536-LJO-MJS <br><br> **Stipulation and Proposed Order to Change the Mandatory Scheduling Conference Date** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the Mandatory Scheduling Conference scheduled for Thursday, June 30, 2011, at 10:00 a.m., in courtroom 6, shall be re-scheduled for Thursday, June 23, 2011, at 1:30 p.m., in courtroom 6.

/s/Andrea Nicole de Koning                     /s/M. Greg Mullanax

Andrea Nicole de Koning                        M. Greg Mullanax
Seyfarth Shaw LLP                              Law Office of M. Greg Mullanax
560 Mission Street, 31st Floor            2140 N Winery Avenue, Suite 101
San Francisco, California 94101                Fresno, California 93703
(415) 397-2823                                 (559) 420-1222

Dated: April 25, 2011                          Dated: April 25, 2011

**ORDER**

IT IS SO ORDERED.

Dated:   April 28, 2011                 /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE