LAW OFFICE OF M. GREG MULLANAX
M. Greg Mullanax (SBN 155138)
greg@mgmatty.com
2140 N. Winery Ave., Suite 101
Fresno, CA 93703
Telephone: (559) 420-1222
Facsimile: (559) 354-0997

Attorneys for Plaintiff
CARLOS MANUEL LERMA

SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202)
fortman@seyfarth.com
Andrea Nicole de Koning (SBN 253715)
adekoning@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
URS FEDERAL SUPPORT SERVICES, INC.

DOWLING, AARON & KEELER, INC.
Mark D. Kruthers (SBN 179750)
mkruthers@daklaw.com
Matthew T. Besmer (SBN 269138)
mbesmer@daklaw.com
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, CA 93729-8902
Telephone: (559) 432-4500
Facsimile: (559) 432-4590

Attorneys for Defendant
JON LEE ARENDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| CARLOS M. LERMA,<br><br>          Plaintiff,<br><br>     v.<br><br>JON LEE ARENDS, an individual, URS FEDERAL SUPPORT SERVICES, INC., a business entity, and DOES 1 through 20, inclusive,<br><br>          Defendant. | Case No. 1:11-cv-00536-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

STIPULATION RE DISMISSAL / Case No. 1:11-CV-00536-LJO-MJS

1    IT IS HEREBY STIPULATED by and between Plaintiff Carlos Lerma and Defendants URS Federal Support Services, Inc., a Delaware Corporation, and Jon Arends, an individual, through their respective counsel of record, that the above-captioned matter (Plaintiff's entire First Amended Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).

Each party will bear its own fees and costs in connection with this action.

**IT IS SO STIPULATED.**

DATED:  March 28, 2012					LAW OFFICE OF M. GREG MULLANAX


							By:      /S/ M. Greg Mullanax
							         M. Greg Mullanax
							Attorneys for Plaintiff
							CARLOS MANUEL LERMA


DATED:  March 29, 2012					SEYFARTH SHAW LLP


							By:      /S/ Andrea de Koning
							         Francis J. Ortman
							         Andrea Nicole de Koning
							Attorneys for Defendant
							URS FEDERAL SUPPORT SERVICES, INC.


DATED:  March 29, 2012					DOWLING, AARON & KEELER, INC.


							By:      /S/ Mark D. Kruthers
							         Mark D. Kruthers
							         Matthew T. Besmer
							Attorneys for Defendant
							JON LEE ARENDS


///
///
///
///
///

2

STIPULATION RE DISMISSAL / Case No. 1:11-CV-00536-LJO-MJS

**ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 29, 2012**                                  **/s/ Lawrence J. O'Neill**
                                                                                   UNITED STATES DISTRICT JUDGE

3
STIPULATION RE DISMISSAL /  Case No. 1:11-CV-00536-LJO-MJS